No. 652. BARD ET AL. v. DASHO ET AL. C. A. 7th Cir. Certiorari denied. *Allen E. Throop* for Bard et al., and *Samuel Weisbard* for Lauhoff, petitioners. *Malcolm M. Gaynor* for respondents.

No. 654. FARKAS v. TEXAS INSTRUMENTS, INC., ET AL. C. A. 5th Cir. Certiorari denied. *William D. Neary* for respondent Texas Instruments, Inc.

No. 655. LONE STAR STEEL CO. v. McGEE. C. A. 5th Cir. Certiorari denied. *Spencer C. Relyea III* for petitioner. *Franklin Jones, Sr.,* for respondent.

No. 662. ETS-HOKIN & GALVAN, INC. v. MAAS TRANSPORT, INC., ET AL. C. A. 8th Cir. Certiorari denied. *Jesse Feldman* for petitioner. *Dean Winkjer* for Maas Transport, Inc., and *Frank F. Jestrab* for Lawrence Transportation, respondents.

No. 88. BROWN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Raymond W. Bergan* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 471. PEELER ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. René Hawkins* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Grant W. Wiprud* and *Thomas L. Stapleton* for the United States.

No. 475. WOOD ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Clarence P. Brazill, Jr.,* for peti-

tioners. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Grant W. Wiprud* and *Thomas L. Stapleton* for the United States.

No. 604. ROYALTON STONE CORP. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 750. COMMISSIONER OF INTERNAL REVENUE *v.* ROYALTON STONE CORP. ET AL. C. A. 2d Cir. Certiorari denied. *John G. Putnam, Jr.,* for petitioners in No. 604. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin* and *Grant W. Wiprud* for petitioner in No. 750 and for respondent in No. 604. Reported below: 379 F. 2d 298.

No. 683. GREEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William R. Frazier* for petitioner. *Solicitor General Griswold, Acting Assistant Attorney General Pugh* and *Grant W. Wiprud* for the United States.

No. 43, Misc. KENT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 70, Misc. BLACKWELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *William J. Garber* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 540, Misc. O'BERY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 603, Misc. SCHACK *v.* BOARDMAN, U. S. ATTORNEY. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.